# CASEY & BARNETT, LLC
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

MARTIN F. CASEY*
GREGORY G. BARNETT**
CHRISTOPHER M. SCHIERLOH
JAMES P. KRAUZLIS*

\* Admitted in NY and NJ
** Admitted in NY, NJ, La and OH

NEW JERSEY OFFICE
Casey & Barnett, LLP
25 Prospect Street
Morristown, NJ 07960
Tel:   (973) 993-5161
Fax:   (973) 539-6409

mfc@caseybarnett.com
Direct: 646-362-8919

January 24, 2020

*Via ECF*

Honorable Paul G. Gardephe
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   ***Certain Underwriters at Lloyds v Flexport International***
19 cv 9783 (PGG)
Our Ref: 228-168

Dear Honorable Judge:

We represent the plaintiff in the referenced matter. We note that the Court has scheduled the initial Rule 16 Conference for February 20, 2020 at 10:00 am pursuant to the Court's Order dated November 1, 2019.

The undersigned will be on vacation that week. Accordingly, we respectfully request that the Court adjourn the conference to another date. Please also note that the undersigned will be out of the office the week of March 9, 2020. I have discussed this with defense counsel and they have no objection to having the conference re-scheduled.

Respectfully submitted,
**CASEY & BARNETT, LLC**

Martin Casey
Martin F. Casey

cc:   All Counsel

MEMO ENDORSED
The Application is granted. The conference is adjourned to April 9, 2020 at 10:00 A.M.

SO ORDERED:
Paul G. Gardephe
Paul G. Gardephe, U.S.D.J.
Dated: Jan 31, 2020