UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN INTERESTED
UNDERWRITERS AT LLOYD'S
LONDON a/s/o SQUISHABLE.COM, INC.

                Plaintiff,

- against -

FLEXPORT INTERNATIONAL, LLC,

                Defendant.
_____

FLEXPORT INTERNATIONAL, LLC,

                Third-Party Plaintiff,

-against-

COSCO CONTAINER LINES CO., LTD.,

                Defendant.

**ORDER**

19 Civ. 9783 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for **June 25, 2020** will take place **at 10:45 a.m.** by telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  No later than **June 22, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court

knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
      June 1, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge