UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CERTAIN INTERESTED
UNDERWRITERS AT LLOYD'S
LONDON a/s/o SQUISHABLE.COM, INC.

                Plaintiff,

- against -

FLEXPORT INTERNATIONAL, LLC,

                Defendant.
_____

FLEXPORT INTERNATIONAL, LLC,

                Third-Party Plaintiff,

-against-

COSCO CONTAINER LINES CO., LTD.,

                Defendant.

**ORDER**

19 Civ. 9783 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that this case is stayed until **July 25, 2020** for settlement discussions. By **July 25, 2020**, the parties are directed to file a joint letter regarding the status of those settlement discussions.

Dated: New York, New York
          June 25, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge